```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
SOHO HOTEL OWNER, LLC,                :
                                     :
      Plaintiff,                     :
                                     :          25-cv-02838 (JSR)
         -v-                         :
                                     :
UNITED STATES SMALL BUSINESS         :
ADMINISTRATION et al.,               :
                                     :
      Defendants.                    :
------------------------------------x
```

<u>ORDER</u>

JED S. RAKOFF, U.S.D.J.

In a letter dated April 29, 2025, the parties in the above-captioned case informed the Court that they had reached an agreement with respect to the proposed case management plan in this case. The agreement is acceptable to the Court. Accordingly, the Court hereby adopts the deadlines proposed by the parties, and adds an oral argument date, all as follows:

- May 16 – Plaintiff to file any amended complaint.

- June 9 – Defendants to answer.

- June 20 – Defendant United States Small Business Administration ("SBA") to serve on plaintiff, and file under seal, the unredacted administrative record ("AR").

- July 11 – SBA to file the redacted AR on the public docket.

- August 1 – Plaintiff to file the moving papers in support of its motion for summary judgment.

- August 22 – Defendants to file their papers in opposition to plaintiff's motion and in support of defendants' cross-motion for summary judgment.

- September 12 – Plaintiff to file its papers in further support of its motion for summary judgment and in opposition to defendants' cross-motion.

- September 30 – Defendants to file their reply papers in support of their cross-motion for summary judgment.

- **October 9** – a final pre-trial conference, as well as oral argument on any post-discovery summary judgment, will be held at **2:00 p.m.** in Courtroom 14B, 500 Pearl Street, New York, NY 10007.

Furthermore, in light of the foregoing agreement, the Court hereby cancels the initial pre-trial conference scheduled for May 6, 2025.


SO ORDERED.

Dated: New York, NY
       April 29, 2025

JED S. RAKOFF, U.S.D.J.