UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHO HOTEL OWNER LLC,

        Plaintiff,

    -v-

UNITED STATES SMALL BUSINESS ADMINISTRATION et al.,

        Defendants.

25-cv-02838 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On August 15, 2025, and on August 22, 2025, respectively, plaintiff Soho Hotel Owner LLC ("Soho Hotel") and defendants United States Small Business Administration and Kelly Loeffler, administrator of the United States Small Business Administration (collectively, "SBA"), filed cross-motions for summary judgment. See ECF Nos. 15, 18. After full briefing, the Court heard argument on the cross-motions on December 9, 2025.

Upon due consideration, the Court hereby denies plaintiff Soho Hotel's motion for summary judgment and grants that of defendants SBA. The Court will issue an opinion setting forth the reasons for these rulings in due course, after which final judgment will be entered in favor of defendants.

The Clerk of Court is respectfully directed to close the motions at docket numbers 15 and 18.

1

SO ORDERED.

Dated:   New York, NY
         January 8, 2026                    _____
                                            JED S. RAKOFF, U.S.D.J.