UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SOHO HOTEL OWNER, LLC.,

Plaintiff,

-against-

UNITED STATES SMALL BUSINESS ADMINISTRATION AND KELLY LOEFFLER, ADMINISTRATOR OF THE UNITED STATES SMALL BUSINESS ADMINISTRATION.,

Defendants.

25 CIVIL 02838 (JSR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated July 2, 2026, the Court reconfirms its bottom-line order granting summary judgment to defendants and denying summary judgment to plaintiff. Final judgment entered in favor of defendants and the complaint is dismissed with prejudice. Accordingly, the case is closed.

**Dated:** New York, New York
July 6, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**