# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SOHO HOTEL OWNER, LLC

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

UNITED STATES SMALL BUSINESS ADMINISTRATION and KELLY LOEFFLER, Administrator of the United States Small Business Administration

(List the full name(s) of the defendant(s)/respondent(s).)

25-CV-02838-JSR

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Soho Hotel Owner, LLC (the "Plaintiff")

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the ☑ judgment ☐ order entered on: July 6, 2026

(date that judgment or order was entered on docket)

that: was entered following the Opinion and Order entered on July 2, 2026, granting summary judgment to Defendants, denying summary judgment to Plaintiff, and dismissing the complaint with prejudice.

(If the appeal is from an order, provide a brief description above of the decision in the order.)

September 3, 2026
Dated

*/s/ Daniel P. Filor*
Signature*

Filor, Daniel P.
Name (Last, First, MI)

Greenberg Traurig, LLP One Vanderbilt Avenue New York, New York 10017
Address City State Zip Code

212-801-9200
Telephone Number

filord@gtlaw.com
E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.